| | |
|---|---|
| 1 | **Paul H. Beattie, WSBA #30277** |
| 2 | **Schwabe, Williamson & Wyatt, P.C.**<br>**US Bank Centre** |
| 3 | **1420 5th Ave., Suite 3010**<br>**Seattle, WA  98101** |
| 4 | **pbeattie@schwabe.com**<br>**Tel: 206.622.1711** |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### RICHLAND DIVISION

| | |
|---|---|
| STANLEY L. BROWNE II, a Missouri resident,<br><br>Plaintiff,<br><br>v.<br><br>ROBUST, LLC, a Washington limited liability company; COLIN HASTINGS, a Washington resident; and LARA HASTINGS, a Washington resident,<br><br>Defendants. | Case No. CV-08-5022-EFS<br><br>STIPULATION AND ORDER OF DISMISSAL *WITH PREJUDICE* |

## **STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a), the parties, through counsel, stipulate and agree that all Plaintiff's claims against Defendants, and all Defendants' counterclaims against Plaintiff, are hereby dismissed *with prejudice* and without costs or attorneys' fees to any party.

Dated this 2nd of September, 2008.

YARMUTH WILSDON CALFO, PLLC          SCHWABE, WILLIAMSON & WYATT, P.C.


By: s/C. Seth Wilkinson via email approval on 8/28/08
C. Seth Wilkinson, WSBA No. 31607
Sima F. Sarrafan, WSBA No. 21143
*Attorneys for Plaintiff*

By: s/Paul H. Beattie
Paul H. Beattie, WSBA No. 30277
*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL
*WITH PREJUDICE* – 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
Telephone 206.622.1711

PDX/119367/161838/PHB/2877189.1

## ORDER OF DISMISSAL *WITH PREJUDICE*

Based on the foregoing stipulation, all claims by Plaintiff against Defendants, and all claims by Defendants against Plaintiff, are hereby dismissed with prejudice and without attorneys' fees or costs to either party. This case is hereby dismissed *with prejudice*.

Dated this  5th  of September, 2008.

s/ Edward F. Shea
_____
U.S. District Court Judge

*PRESENTED BY:*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/Paul H. Beattie
    Paul H. Beattie, WSBA No. 30277
    *Attorneys for Defendants*

*APPROVED AS TO FORM, COPY RECEIVED;*
*NOTICE OF PRESENTATION WAIVED:*

YARMUTH WILSDON CALFO PLLC

By: s/C. Seth Wilkinson via email approval on 8/28/08
    C. Seth Wilkinson, WSBA No. 31607
    Sima F. Sarrafan, WSBA No. 21143
    *Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711

PDX/119367/161838/PHB/2877189.1